```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08738
   ANTONIO S YUNEZ
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-5361


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/14/2007 and was confirmed 09/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
BENEFICIAL HFC             CURRENT MORTG         .00            .00            .00
BENEFICIAL HFC             MORTGAGE ARRE     3600.00            .00         137.63
HOMEQ SERVICING            CURRENT MORTG         .00            .00            .00
HOMEQ SERVICING            MORTGAGE ARRE         .00            .00            .00
CAPITAL ONE                UNSEC W/INTER     1082.37            .00            .00
CBE GROUP                  UNSEC W/INTER  NOT FILED             .00            .00
CERTEGY                    UNSEC W/INTER  NOT FILED             .00            .00
CHASE                      UNSEC W/INTER  NOT FILED             .00            .00
CITI CARDS                 UNSEC W/INTER  NOT FILED             .00            .00
CITI CARDS                 UNSEC W/INTER  NOT FILED             .00            .00
KEITH GOLDBERG             NOTICE ONLY    NOT FILED             .00            .00
LEGAL LIAISON SERVICE      UNSEC W/INTER  NOT FILED             .00            .00
NORDSTROM FSB              UNSEC W/INTER      788.91            .00            .00
GERTLER & GERTLER          UNSEC W/INTER    19272.50            .00            .00
VILLAGE OF HILLSIDE        UNSEC W/INTER      500.00            .00            .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER      741.11            .00            .00
GOMEZ & LOHR               MORTGAGE ARRE    40772.00            .00        1558.60
CHASE BANK USA NA          UNSEC W/INTER      533.00            .00            .00
GOMEZ & LOHR               NOTICE ONLY    NOT FILED             .00            .00
SAMIRA YUNIZ               NOTICE ONLY    NOT FILED             .00            .00
JOHN J LYNCH               DEBTOR ATTY       2,309.00                     2,309.00
TOM VAUGHN                 TRUSTEE                                          273.85
DEBTOR REFUND              REFUND                                           520.92

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   4,800.00

PRIORITY                                           .00
SECURED                                       1,696.23

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 08738 ANTONIO S YUNEZ
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,309.00
TRUSTEE COMPENSATION                                            273.85
DEBTOR REFUND                                                   520.92
                                   ---------------     ---------------
TOTALS                                    4,800.00            4,800.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE